**CJA 23**
Rev 5/98

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | | |
|---|---|---|---|---|---|---|
| IN THE CASE OF | | | FOR | | LOCATION NUMBER | |
| | V.S. | | Southern District of Texas | | | |
| | | FEB 11 2009 | AT Corpus Christi Division | | | |

United States Courts
Southern District of Texas
FILED
FEB 11 2009
Michael N. Milby, Clerk of Court

PERSON REPRESENTED (Show your full name)

*Jesus Gonzalez Jr*

| | |
|---|---|
| 1 ☒ Defendant—Adult | DOCKET NUMBERS |
| 2 ☐ Defendant - Juvenile | Magistrate |
| 3 ☐ Appellant | C-09-141M |
| 4 ☐ Probation Violator | District Court |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now ☒ Yes ☐ No ☐ Am Self-Employed
Name and address of employer: *Truck driver (1yr) - Varsity Transportation, Alamo, TX*
IF YES, how much do you earn per month? $ 800.00
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No *Single*
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ 950.00
*(loaned from employer)*

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ 7,000 — 2001 Lincoln LS

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: *1 child - 1yr*

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payment |
|---|---|---|---|
| | Lincoln LS (2001) | $ 5,000 | $ 217.00 |
| | Rent | $ | $ 400.00 |
| | (Utilities) → included w/ rent | $ | $ |
| | car insurance | $ | $ 87.00 |
| | cell phone | $ | $ 49.00 |
| | Child Support | $ 1,000.00 | $ 301.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on 2/11/09

Approved/Denied by Brian L. Owsley, USMJ

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *[signature]*

( ) Approved, but defendant may be required to repay part or all of the cost of court appointed attorney if determined at a later date.

△ *lives w/ parents*