IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CR. NO. C-09-141M |
| Julio Villanueva Jesus Gonzalez | | |

## ORDER OF TEMPORARY DETENTION AND HEARING

The Court,

\_\_\_\_\_sua sponte, upon finding there is a serious risk that defendant will

    \_\_\_\_\_flee,

    \_\_\_\_\_obstruct or attempt to obstruct justice,

    \_\_\_\_\_threaten, injure, intimidate or attempt to threaten, injure or intimidate a prospective witness or juror,

__X___ upon motion by the Government,

**ORDERS** a Detention Hearing.

Motion by

   __X___Government

   \_\_\_\_\_Defendant  ( ) pro se, or ( ) by counsel,

for Continuance is **GRANTED**. Preliminary Examination and Detention Hearing are set for **February 13, 2009**, at **10:00 a.m.** before *U. S. Magistrate Judge Brian L. Owsley.*

Pending this hearing, Defendant shall be held in custody by the U. S. Marshal and produced for the hearing.

ORDERED this 11th day of February 2009.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE