UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAR 1 1 2009

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA | § | CRIMINAL NUMBER |
| --- | --- | --- |
| v. | § | |
| JULIO VILLANUEVA | § | C-09-173 |
| JESUS GONZALEZ | § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about February 10, 2009, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

JULIO VILLANUEVA
and JESUS GONZALEZ,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) kilograms of marihuana, that is, approximately ninety-five and twelve-hundredths (95.12) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

#### COUNT TWO

On or about February 10, 2009, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

JULIO VILLANUEVA
and JESUS GONZALEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than fifty (50) kilograms of marihuana, that is, approximately ninety-five and twelve-hundredths (95.12) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

TIM JOHNSON
ACTING UNITED STATES ATTORNEY

By: _____
ELSA SALINAS-PATTERSON
Assistant United States Attorney

2