**U.S. Department of Justice**
Washington, D.C.

**Criminal Docket**
Presented in Corpus Christi

CORPUS CHRISTI    Division

File:

INDICTMENT    Filed:  March 11, 2009

County:    Brooks
LIONS #:  2009R03147

United States of America

v.

JULIO VILLANUEVA

JESUS GONZALEZ

CR. No.  **C - 09 - 173**

Judge:  HONORABLE JANIS GRAHAM JACK

Attorneys:

TIM JOHNSON, ACTING U.S. ATTORNEY
ELSA SALINAS-PATTERSON, ASST. U.S. ATTORNEY
**GRAND JURY ACTION            APP'D  RET'D**

**PLEASE INITIAL**

**TRUE BILL:** _____

**NO BILL:** _____

Charge(s):    Ct. 1: (Both Defendants)  Did knowingly and intentionally conspire to possess with intent to distribute approximately 95.12 kilograms of marihuana: 21 USC 846, 841(a)(1), and 841(b)(1)(C).
Ct. 2: (Both Defendants) Did knowingly and intentionally possess with intent to distribute approximately 95.12 kilograms of marihuana: 21 USC 841(a)(1) and 841(b)(1)(C), and 18 USC 2.

Total
Counts
(2)

Penalty:    Ct. 1:  Not more than 20 years imprisonment without probation, parole or a suspended sentence, or a fine not to exceed $1 million, or both; at least 3 years SRT; and, a $100 Special Assessment.
Ct. 2:  Not more than 20 years imprisonment without probation, parole or a suspended sentence, or a fine not to exceed $1 million, or both; at least 3 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.

In Jail:    XXX

On Bond:

No Arrest:

C-09-141M