UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO.   C-09-173(2) |
| | § | |
| JESUS GONZALEZ | § | |

## ORDER DISMISSING INDICTMENT

It is hereby ORDERED that the above-entitled and numbered Indictment is hereby

DISMISSED WITHOUT PREJUDICE, as to Defendant JESUS GONZALEZ.

It is further ORDERED that the Clerk of the United States District Court deliver a

certified copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Corpus Christi, Texas, this _____ day of April, 2009.


_____

UNITED STATES DISTRICT JUDGE