

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# ORDER TO DISBURSE CASH BAIL

| Criminal Action No. 2:09-mj-1410 Crim. C09-CR-173-02 | Termination Date: 4/17/09 | Division: Corpus Christi |
|---|---|---|

Bond is remitted to the person or business at the address on the affidavit of ownership previously submitted to the Clerk of Court.

| Amount Deposited: $1,500.00 | Defendant's Name: Jesus Gonzalez |
|---|---|
|  |  |

This deposit of cash having been made to secure the defendant's bond, the defendant having met the conditions of his bond, no deduction having been ordered, and the case having been terminated, the Clerk is ordered to issue a Registry check in the full amount of the deposit payable to the order of the person who deposited the money.

Signed on _4-22_, 2009

_____
Janis Graham Jack
United States District Judge

APPROVED.
Michael N. Milby
United States District Clerk

By: _Marianne Serpa_ 4-22-09
            Deputy Clerk   (Date)

By: _Grace A. Lucas_ 4/22/09
           Financial Deputy   (Date)

NO OBJECTION.
United States Attorney

By: _____ 4-23-09
           Assistant U.S. Attorney   (Date)