IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

VS.                                          CRIMINAL NO. C-09-173(4)

GERARDO GARCIA

## NOTICE OF INTENTION TO ENTER A PLEA OF GUILTY

Notice is hereby given the Court and counsel for the United States of the defendant's intention to enter a plea of guilty pursuant to a plea agreement. A setting for rearraignment is requested at the Court's convenience.

C/S David R. Gutierrez

Counsel for Defendant

8/14/09

## CERTIFICATE OF SERVICE

I, David R. Gutierrez, hereby certify that a true and correct copy of the foregoing Notice of Intention to Enter a Plea of guilty was facsimile to Lance Duke, Assistant United States Attorney on 8/14/09.

C/S   David R. Gutierrez

-1-